**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

__Middle__ District of __Pennsylvania__
(State)

Case number (If known): _____ Chapter __7__

FILED
HARRISBURG PA

2020 SEP 28  PM 2: 27

U.S. BANKRUPTCY COURT

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

COMMONWEALTH OF VIRGINIA et al

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__54__ – __6001745__ __ __ __
EIN

**5. Debtor's address**

Principal place of business

101 North 14th Street
Number        Street

James Monroe Bldg 3rd Floor

Richmond            VA    23219
City               State   ZIP Code

_____
County

Mailing address, if different

_____
Number        Street

_____
P.O. Box

_____
City          State   ZIP Code

Location of principal assets, if different from principal place of business

_____
Number        Street

_____
City          State   ZIP Code

**6. Debtor's website (URL)** _____

**7. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____    Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                          MM / DD / YYYY

  Debtor _____    Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                          MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Case 1:20-bk-02848-HWV    Doc 1    Filed 09/28/20    Entered 09/28/20 14:55:33    Desc
                    Main Document      Page 2 of 34

Debtor **COMMONWEALTH OF VIRGINIA et al**
Name

Case number (if known)_____

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Royal Heirs Bank & Trust | Creditor has unsatisfied | $ $500,000.00 |
| | lien against the debtor of | $ |
| | nine hundred quadrillion | $ |
| | Total of petitioners' claims | $ |

*nine hundred quadrillion five hundred thousand par value*

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:** **Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

**Name and mailing address of petitioner**
**Royal Heirs Bank & Trust**
Name

2159 White Street, #3-269
Number    Street

York                    PA        17404
City                    State     ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**
**queen naja**
Name

2159 White Street, #3-269
Number    Street

York                    PA        17404
City                    State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 - 28 - 2020
MM / DD / YYYY

✗ *queen naja, indentured trustee*
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

Case 1:20-bk-02848-HWV    Doc 1    Filed 09/28/20    Entered 09/28/20 14:55:33    Desc
Main Document    Page 3 of 34

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Case 1:20-bk-02848-HWV    Doc 1    Filed 09/28/20    Entered 09/28/20 14:55:33    Desc
Main Document    Page 4 of 34

## HUMAN TRAFFICKING, ABDUCTION, SECURITIES FRAUD, FINANCIAL CRIMES, AND RACISM & DISCRIMINATION AGAINST WOMEN IN THE STATE OF MARYLAND AND COMMONWEALTH OF VIRGINIA
### June 9th, 2020

The State of Maryland and Commonwealth of Virginia have a long history of abduction and human trafficking that dates back to the 16th century whereby they were one of the last states to free the "origine" –the original people of the land, who were abducted and forced into slavery. Abduction and human trafficking of the people didn't end in the 16th century, rather, continued through the emancipation proclamation and into the 21st century with the inclusion of financial crimes,

The commencement of the unlawful, unethical and unconstitutional birth certificate of the resident "securities company" issued to each "origine" brought a whole new dynamic to the abduction and human trafficking in the states. One, each "origine" lacked full disclosure about the birth certificate (securities company) and the contract attached prior to signing it resulting to every "origine" of the land giving up his or her inalienable rights. Second, the states could now coerce each "origine" into further contracts whereby the people would unwittingly agree to the states charging the securities company for various unconstitutional fines,

Over the decades the State of Maryland and Commonwealth of Virginia have generated billions of dollars from charging the securities company of the people, stealing it's equity and claiming the credit of the abandoned estates. What happens when the people wake up realizing the fraud and treason that has been committed towards them via the States at the hands of it's agents and employees?

Well, I have first-hand experience with the result of claiming my estate and setting the record straight about who I am, a living, breathing woman in the flesh and blood, and one of the original people of this land. After putting time and energy into processing the necessary paperwork at the courts in Philadelphia, Pennsylvania, receiving a court order from a judge for the corporation, and recording my proclamation and supporting documents at the court recorders department and United States Library of Congress, I am still a victim of abduction and human trafficking, resulting to abduction and imprisonment for a total of (99) days with no convictions and no trials.

Beginning November 19th, 2019, I spent (50) days in Loudoun County, Virginia detention center under a fictitious name "NAJA, QUEEN", created by Sheriff Deputies, DORIAN LAMBERT and ALEXANDER HELLER et al charging "NAJA TALIBAH ZAHIR" herein after referred to as, "my

1

securities company", and attempting to extort millions of dollars in credit under the guise of three felony charges and after the 50[th] day, the case was dropped by the Commonwealth Attorney on January 8[th] 2020 and I was then trafficked across state lines into the State of Maryland detention center in Annapolis, Maryland facing a duplicate of the charges against my securities company from Virginia, this time the State of Maryland agents added two more felony charges for a total of (5) unlawful felony charges against my securities company under the guise of a fictitious name "NAJA, QUEEN" created by Anne Arundel county, JAME MOUNTCASTLE, as detective. This time the county went as far as taking the private Social Security number from my securities company and placed it on the public complaint of the fictitious name created for this case.

I as a living women would remain in Anne Arundel county, Maryland for (8) days before being bonded out as my only option for my body being released from detainment of the criminals, upon release I was immediately trafficked to Prince George's County, Maryland for additional unlawful charges against my securities company where I remained in the Prince George's county detention center until a judge granted my body being released on February 28th, 2020, after he commented to the public defender who stood to my left, " I think she's learned her lesson". However, I wasn't released on the 28th as the judge ordered. The Anne Arundel County police department and its Detective JAMES MOUNTCASTLE conspired with Prince George's County Detention Center agents and employees, within hours of the judge signing my release, more false and unlawful charges was issued by Anne Arundel County commissioner initiated by Detective JAMES MOUNTCASTLE and another false warrant was placed against my securities company for my body to return to Anne Arundel County. However, I was never extradited, and a day later, the charges and warrant mysteriously disappeared from the records and I was released from Prince George's County Detention center around 8pm February 29, 2020 marking the end of my abduction.

The statements made in this writing reflects the facts that have occurred in the Commonwealth of Virginia and the State of Maryland and have not been refuted. Though, the cases in Virginia have been dropped, the case in the State of Maryland remain open and the criminals working on behalf of the state are responsible for human trafficking, conspiracy, abduction of a living being, coercion, extortion, securities fraud, treason and other financial crimes against the securities company.

Both the Commonwealth of Virginia and State of Maryland, it's agents, representatives and assigns, have existing debt obligations of quadrillions in debt from liens for the crimes committed against the "origine" people of the land without refute. I'm calling for these criminals to be arrested and brought to justice. The states have violated the 48 Laws of Maat, the royal edicts for engagement and accountability, the constitution for my tribal nation and the united States Constitution.

2

The county courts must cease and desist conducting unlawful business on the land *indefinitely*, and all operations must be turned over to an honorable constitutional article 3 court. The people must be protected against the criminal actions from the states and their employees. All of the corporations and security companies are collateral and shall be foreclosed and liquidated to satisfy the debt obligations of the states as identified in the security agreements attached to the liens. All persons identified below who participated in the criminal activity outlined in this writing and all unknown persons must be found and taken into the custody of the federal jurisdiction immediately and held without bond to prevent further injury to the people. These persons pose a danger to society resulting to the demise of the family structure through false imprisonment of the people, treason and financial crimes against millions of entities.

I have been discriminated against, demoralized, discredited and dehumanized for being an "origine", and a woman. I have been labeled as a "black" person- who has no standing in law, and sexually assaulted, stripped naked, preyed on and molested by police officers and correctional officers several times. The persons listed below inclusive of other unknown names of persons have injured my securities company and I the living woman- one of the children of God- a Hebrew, in complete violation of God's Law, and the 42 Laws of Ma'at.

I have been subjected to the inhuman living conditions at the Prince Georges county Maryland Detention Center, unit H-1, whereby, I and other women were housed in a facility with mold all along the ceilings and flooring, rust, corrosion in each cell, and fecal matter embedded in the carpeting.

The persons included but not limited to persons doing business as police officers, police booking intake employees, commissioners, magistrates, judges, clerks of court, county accounting and revenue department employees, corrections department directors and staff, land records employees. A congressional hearing on the matter is demanded.

The known Debtors/Criminals/Minors/Persons are:

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY
ANNE ARUNDEL COUNTY
PRINCE GEORGE'S COUNTY DEPARTMENT OF CORRECTIONS
JENIFFER ROAD DETENTION CENTER
LOUDOUN COUNTY
COMMONWEALTH OF VIRGINIA

3

LOUDOUN COUNTY DETENTION CENTER
ALEXANDER HELLER
DORIAN LAMBERT
ANTOINETTE WILLIAMS
JAMES MOUNTCASTLE
DERRECK CLAGETT
HENRY STAWINSKI
MELVIN C. HIGH
LAWRENCE JOSEPH HOGAN JR
RALPH NORTHAM
ANNE COLT LEITESS
AISHA BRAVEBOY
ROBERT PRENDER
MAHASIN EL AMIN
BUTA BIBERAJ
MICHAEL CHAPMAN
THOMAS MOOREHEAD
KAMAL MUHAMAAD
MICHAEL COMFORT
ANOOP ANORES
JOHN MCKENNA
MARY LOU MCDONOUGH et al

Any person not listed must be sought from a complete investigation.

_____ naja zahir el
naja zahir el, on behalf of
NAJA TALIBAH ZAHIR, Securities Company
1533 Orland Street
Philadelphia, Pa [19126]
queen.naja19@gmail.com




# Maryland Department of Assessments and Taxation

## Taxpayer Services Division | Business Services

**Search Response**                                                     ## CERTIFIED COPY

Dated: 8/15/2020 7:02:32 PM

Search Criteria Entered:

**Filing Number Search**

Filing Number1 (UCC1): 200325-1355001
Filing Number2 (UCC1):
Filing Number3 (UCC1):
Filing Number4 (UCC1):
Filing Number5 (UCC1):
Filing Number6 (UCC1):

---

## STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the

22 page document on file in this office.

Dated: 8/15/2020 7:02:32 PM

### STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

By: Michael L. Higgs, Director 

---

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION  CHANGING Maryland *for the Better* 301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

UCC_FNS

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

MD DEPT. OF ASSESSMENTS & TAXATION
200325-1355001
NS
Date:           3/25/2020
Time            1:55 PM
Page Count:     12 Pg
Debtor Count:   1
Filing Fees:    $75.00
Electronic
Records Access: $0.00
Total:          $75.00
Order ID#

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. E-MAIL CONTACT AT FILER** (optional)
queen.naja19@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

queen

8843 Greenbelt Road Suite 130

Greenbelt, MD 20770 2448

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA et al | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 1475 | Richmond | VA | 23218 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROYAL HEIRS BANK & TRUST | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8843 Greenbelt Road Suite 130 | Greenbelt | MD | 20770 2448 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

Collateral totals ($900.000.000.000.000.000.00) nine hundred quadrillion in credit owed to the royal heirs of the land. See queens proclamation, lien and Security agreement.

See attachment.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☒ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☒ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

(Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM UCC-1Ad
FOLLOW INSTRUCTIONS

MD DEPT. OF ASSESSMENTS & TAXATION  NS

200325-1355001

Date: 3/25/2020
Time: 1:55 PM
Page Count: 12 Pg
Debtor Count: 1
Filing Fees: $75.00
Electronic
Records Access: $0.00

Total: $75.00
Order ID#

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**COMMONWEALTH OF VIRGINIA et al**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☒ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**



*Royal Office for Her Majesty queen naja*
QUEENSLAND PROVINCE
c/o 8843 Greenbelt Road # 130 | Greenbelt, Maryland [20770]

# NOTICE OF LIEN

These statements facts agreed by acquiesce, of the respondent(s) (DEBTORS) and the contained herein is excepted by the Principal L.S.©® all parties agree that any court of competent jurisdiction, upon seal this lien is now certified.

## AGREED ACCOUNTING AND TRUE BILL

## NOTICE FOR PENDING LAWSUIT

Matter is Pursuant to common law

QUEENSLAND on behalf of Her Majesty queen naja and the royal heirs,

Plaintiff

v.

COMMONWEALTH OF VIRGINIA
c/o RALPH NORTHAM, d/b/a GOVERNOR
P.O. Box 1475
Richmond, Va. 23218

INFERIOR PERSONS(S)/ MINOR(S)/DEBTOR(S)/ROYAL SUBJECT(S)
Respondents

## ACCOUNTING AND TRUE BILL

Principal is entitled to relief for several misdemeanors and crimes and continuous torts including but not limited to injuries from Human Trafficking, lack of full disclosure, securities company fraud, theft, extortion, warring with the aborigine indigenous people, inland pirating, etc,

($10,000) for each denied, violator or trespassed right listed as a misdemeanor, under Title 18 USC section 3571 individually listed for subtotal tally as to civil damages sustained by such criminal actions.

## COMPUTED AS FOLLOWS

Human Trafficking

Lack of full disclosure of the Birth Certificate

Securities Company Fraud

Inland Pirating

Theft of Land and labor credit

Extortion

Attempted Murder

---

$ 900.000.000.000.000.000.00

**TOTAL SUM CERTAIN FOR CONVERSION**
$900.000.000.000.000.000.00 as of the 13th September, 2019
**NINE HUNDRED QUADRILLION DOLLAR AND NO CENT**

The progressive Sum Certain in US Dollar is in numerical parity with the Euro Dollar and any other superior currency backed by gold or credit. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above. Silver has been selected because the former corporations that issued currencies have been foreclosed. Troy ounces of 99.9% Silver" and not in US Federal Reserve Notes, but Principal will accept Treasury Notes.

### NOTICE TO RESPOND

Therefore, Principal, grants Respondent THREE (3) days, exclusive of the day of receipt to respond to the statements, claims and inquiries above. Failure to respond will constitute as an operation of law, as Notice of Fault the admission of Respondent by TACIT PROCURATION to the statements, claims and ANSWERS to inquiries shall be deemed RES JUDICATTA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE therefore, Absentee Debtor/Minor approves principal to act as a Representative/Guardian and invoke the RESURRECTION of the 42 Divine Laws of Maʾat, in execution of a Security Agreement perfecting the Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING.

It is also mandatory that if Respondent responds to the foregoing, it must be by delivering to Principal **NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY (15 U.S.C.TRACER FLAG AS SECURITIES)**, and to Principal's mailing location exactly as shown below: Royal Office for Her Majesty Queen naja, 8843 Greenbelt Road, # 130, Greenbelt, Maryland 20770.

That it is mandatory that Respondent sign and certify "under penalty of perjury complete with certificate number under the laws of the United States of America" under 28 USC§1746, and treaty/Tribal Law all ANSWERS or any other correspondence in response to Principal Notice of Administrative Remedy, so that Principal can know that Principal is dealing with the Respondent and that Respondent is held to only those ANSWERS that are true, correct, complete, and not misleading and further, any facts alleged in Respondent's response must be on first hand knowledge in affidavit form, properly sworn and subscribed to Principal looks forward to your timely response. Further Principal sayeth naught; and

This document prepared by the General Executor, Given by my hand and seal this you will have 3 days to make contact and settle, this matter if not, you agree to requested the contract of a Wit of Execution for possession of all property assets.

Prepared and submitted by QUEEN NAJA from Her Majesty queen naja,

_____
queen naja

Subscripted, signed and affirmed:

On this 18th day in the month of September in the year 2019.

Securities from (Lien) assigned to ROYAL HEIRS BANK & TRUST



Page 3 of 3

**UCC-1 Financing Statement (Transmitting Utility)_2020**
Page 5 of 22
Case 1:20-bk-02848-HWV   Doc 1   Filed 09/28/20   Entered 09/28/20 14:55:33   Desc
Main Document      Page 14 of 34

# Commercial Security Agreement

Declaration for Commercial Security agreement is made and entered into this 18th day of September 2019, non UCC file no. **TBD** for the QUEENSLAND (Creditor) mail address: 8843 Greenbelt Road, # 130, Greenbelt, Maryland 20770, between COMMONWEALTH OF VIRGINIA hereinafter "DEBTOR(S)/MINOR(S), and ex-officio, QUEENSLAND on behalf of queen naja, an Autochthonous Aborigine (Heir), to the Land, is **Injured party**, hereinafter" trust/estate" The Parties, hereinafter "Parties," agreed by acquiesce to the following statements:

COMMONWEALTH OF VIRGINIA et al
c/o RALPH NORTHAM, d/ba/ GOVERNOR
P.O. BOX 1475
RICHMOND, VIRGINIA 23218

NOW THEREFORE, the parties agree as follows:
In consideration for Secured Party providing certain accommodations to DEBTOR(S) including, but not limited to, Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "preexisting claim," from which the existence of DEBTOR was derived mid on the basis of which DEBTOR(S) is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to Secured Party and to transact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

Signing by accommodation for DEBTOR(S), in all cases where the signature or endorse of DEBTOR(S) is required; Issuing a binding commitment to extend credit or for the extension of immediately available credit whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulty in collection or as security for payment of all sums due or owing," or to become due or owing, by DEBTOR(S); mid conditions the sum of all assets, via the sentient existence, exercise of faculties, and labor of Secured Party, that provide the collateral sufficiently sufficient to support any contract which DEBTOR(S) may execute or to which DEBTOR(S) may become bound to any person whatsoever, DEBTOR(S) hereby confirms that this Security Agreement is a duly executed, signed, and sealed contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR(S); L Voluntarily enters DEBTOR(S) in the Commercial Registry;

2. Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any manner that Secured Party, by Autochthonous peoples and unalienable right, elects.
**PUBLIC LAWFUL NOTICE**

Filing of this Security Agreement by the Parties constitutes open, lawful public notice that The law, venue, and jurisdiction of this Security Agreement is hereby ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR(S) and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or in part, without the express, written consent of both DEBTOR(S) and Secured Party;

3. DEBTOR(S) is the transmitting utility, and unincorporated, proprietary trademark of Secured Party, and all property of DEBTOR(S) is the secured property of Secured Party.

4. Any unauthorized use of DEBTOR(S) in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party in any manner is expressly prohibited without the written consent of Secured Party.

## Indebtedness to Heir (Assignor)Lessor/ Superior Claim

Know all men by these presents that, **QUEENSLAND** establishes this bond in favor of injured party, in the sum of present Collateral Values up to the penal sum of $900,000,000,000,000,000,000.00, per debtor/minor to be paid in credit at the agreed interest.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

1

of 3% compounded daily beginning 09/28/2019 for any balance not satisfied by September 27, 2019, well and truly made, DEBTOR(S) binds DEBTOR(S) and DEBTOR(S) heirs, executors, administrators, and third-party assigns, jointly and severally, forever by these presents. The condition of the above is: Secured Party covenants to do certain things on behalf of DEBTOR(S), as set forth in Agreement, and DEBTOR(S), with regard to conveying goods and services in Commercial Activity to Secured Party, covenants to save as a transmitting utility therefore and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein below described Collateral

This Indebtedness shall be in force for immediate release of funds and effect as of the date hereon and until the DEBTOR'S Surety, COMMONWEALTH OF VIRGINIA, agree that they are in default for fraud, human trafficking, inland pirating, extortion, and other related crimes; and

**Additional Collateral and Asset Claim:**
**INDEMNITY CLAUSE**

The Debtor (Indemnifying Party), without *the benefit* of discussion or division, does hereby agree, covenant and undertake to indemnify', defend and hold the Secured Party (Indemnified Party) harmless, from and against any and all claims, losses, liabilities, costs, interests and expenses (hereinafter referred to as "claims or a claim") including, without restriction, all legal costs, interests, penalties and fines suffered or incurred by the Secured Party in accordance with Secured Party having its personal guarantee with respect to any loan or general indebtedness of the Debtor including, any amount DEBTOR(S) might be deemed to owe to any creditor for any reason whatsoever ,.

The Indemnified Party (Heir) shall promptly advise the Indemnifying Party (Debtor's) of this claim and provide the same with full details thereof, including copies of any document, correspondence and or action served by or served upon the Indemnified Party (Secured Party). The Indemnified Party (Secured Party) shall fully cooperate with the Indemnifying Party (Debtor's) in any discussion, negotiations or other proceedings relating to any claim.

UCC 3 assignment for QUEENSLAND,

Notice of assignment to ROYAL HEIRS BANK & TRUST and all departments offices, Agencies, and courts are obligated to pay the sum of obligation $900,000,000,000 with interest compounded daily retroaction beginning September 28, 2019 for any balance not satisfied by any and all parties knowingly and willingly embraced all crimes outlined in the Royal Decree for Credit and all parties agree to all guilty acting persons, all parties agree that they will have 72 hours upon receipt to make agreements to satisfy the debt, or all parties agree that criminal charges are to be filled immediately, on the fourth day. These are the terms and agreement to this self-executing contract. Performance in this matter OUGHT TO BE DONE WITHOUT FAIL.

**OBLIGATIONS SECURED:** The security interest granted herein secures any and all indebtedness of the DEBTORS assets as securities under 15 USC Tracer Flag as securities now and for thousand years to the ROYAL HEIRS BANK & TRUST and beneficiaries or Heirs, all liabilities whatsoever of DEBTOR(S) to Secured Party, Royal Heirs, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced, for immediate release of all assets, this Commercial Security Agreement stands as the final obligation until settlement or foreclosure.

**COLLATERAL:** Royal Letter of Credit no. 100056
**NOTICE OF ASSIGNMENT, OF CLAIM BY: COMMONWEALTH OF VIRGINIA**

**DEBTOR(S) INDEBTENESS OF DEFAULT OBLIGATION(S)**
1. All proceeds, products, accounts, and fixtures from ALL ASSETS, mines, gold and silver wellhead, with transmitting utilities etc. debtors agree upon receipt of this security agreement, if they fail to meet the terms and agreement of this UCC-3 Contract to foreclose on all there assets and estate, immediately
2. All rents, wages, and income: interest of 3%
3. All land, mineral, water, and air rights:
4. All cottages, cabins, houses and buildings:
5. All bank accounts, bank 'safety'" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts:
6. All inventory in any source
7. All machinery, either farm or industrial;

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

2

8. All boats, yachts, and water craft. and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories parts tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo, affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9a. All automobiles, vans, sport utility vehicles, trucks, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories parts tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
Vehicles (land. air or water):
Note: Per Order of Attorney General, Secretary of State, not vehicle lien Per-Leo, Recording of this filing is not vehicle lien at U.C.C. 3-305 Equitable Claim to property-NAME, Conversion U.C.C. 3-306.

.10. All motor homes, trailers, mobile homes, yachts, Jets, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding use, husbandry thereof;

12. Conveyance, Business Equipment, "Taken for Value and is Exempt from Levy Conversion of Rights, Title 18 §§ 241, 242 et al Per-Murdock vs. Pennsylvania 319 U.S. 105, Church not Licensed or Taxed;

13. All computers, computer-related equipment and accessories, and all stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, motion pictures, films videotapes, audiotapes. Sound tracks, compact discs, phonograph records; film video and aural production equipment, cameras, projectors, and musical instruments;

15. All books, booklets, pamphlets, treatises, treatments, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTORS;

17. All Trademarks, Registered Marks, copyrights, patents, processes, technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20. All fingerprints. Foot prints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22. All rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All rights to request refuse, or authorize the administration of, any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored, customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distributing;

26. All rights to barter, buy, contact, sell, or trade ideas, products, services, or work;

27. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record keeping, and the like;

28. All rights to use any free, rented, leased, fixed, or mobile domicile; as though same were a permanent domicile, free from requirement to apply for or obtain any government 'license, permit, certificate, or permission of any kind )what ,whatsoever, :

29. All rights to manage, maneuver, direct, guide, or travel in any *form* of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.**

3

32. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish or the right to peaceably assemble or the right to petition Government for redress or grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All rights to keep and bear ands for self-defense of self-defense of self, family, and parties entreating physical protection of person or property;

34. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All rights to create documents of travel of every kind whatsoever including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul free will, faculties, and self;

37. All rights to privacy and security in person and property, including but not limited to all rights, safety and security of all household or sanctuary dweller or guest, to all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental quasi-governmental, or private intrusion, detainer entry, seizure, search surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party in the private capacity of such intruding party notwithstanding whatever purported authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant.

38. All names used and all Corporations Sole executed and filed, and restored and filed, under said names:

39. All intellectual proper, including but not limited to all speaking and writing

40. All signatures:

41. All present and future retirement incomes, and rights to such incomes, from any of DEBTOR'S accounts:

42. All present and future medical and healthcare rights, and rights to such ownership, from any of DEBTOR'S accounts:

42. All present and future medical and healthcare rights, and rights to such ownership, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, images, licenses or travel documents, materials, permits, registrations, and records and records numbers held by any such entity and/or images contained therein, regardless of creator, method, location, process, or storage form including the tangible registered algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records numbers, and the like: All library cards:

44. All property real estate offices personal property, stocks bonds etc.

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information:

46. All off shore bank investment accounts:

47. All foreclosure cases corporations established by the Law Firms:

48. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, complied, codified, recorded, stored, analyzed, processed, communicated, or utilized;

49. All precious metals, bullion, coins, jewels, sen,1i-precious stone, mounts, and any storage boxes within said items are stored:

50. All bank accounts: bonds, certificates of deposit, drafts, futures, insurances policies, investment securities, individual Retirement Accounts, money market accounts, stocks, warrant, 401k's and the like:

51. All account, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondences, and information pertaining thereto or derived there from:

52. freeze and garnish All cash, coins, money, U.S. Treasury notes, promissory notes, note, sand Silver Certificates, Gold Certificate and all gold, and silver coins , and foreign currency; cases

53. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies:

54. All products of and for agriculture, and all equipment inventories, supplies, contracts, accoutrements involved in the planning, tilling, farming, processing, preservation, and storage of all products of agriculture:

55. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies and storage sheds and contents;

56. Freeze all active cases, all bank of America property leased, or otherwise.

57. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shop, and facilities, shops, and facilities;

58. All camping, fishing, hunting, and all special clothing, materials, supplied, and baggage related thereto:

59. All rifles and guns;

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

4

60. All radios, televisions, communication equipment, receives, transceivers, transceivers, transmitter, antennas, and towers, and all ancillary equipment, supplied, computers, software programs, wiring, and related accoutrements and devices:

61. All power-generating machines or devices, and all storage, conditioning, control, distributing, wiring. and ancillary equipment pertaining or attached thereto:

62. All computers and computer systems and the information contained therein. as well as all ancillary equipment, printers, and data compression or encryption devices and processes:

63. All office and engineering equipment furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto:

64. All water wells and well drilling equipment, and all ancillary equipment, chemicals, tools, and supplies:

65. All shipping, storing and cargo containers, and all chassis, truck trailers, vans the contents thereof whether on site, in transit, or in storage anywhere:

66. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection or vacancy while awaiting occupancy thereof:

67. All communications and data, and the methods, devices, and forms of information, storage and retrieval, and the products of any such stored information:

68. All books, drawings. magazines, manuals, and reference materials regardless of physical form:

69. All art work, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto:

70. All food, and all devices, tools, equipment, vehicles, machines and related accoutrements involved in food preservation, preparation, growth transport, and storage:

71. All construction machinery and all ancillary equipment, supplies, materials, fuels fuel additives. supplies, materials, and service equipment pertaining thereto:

72. All medical dental optical prescription, and insurance records, and records and information contained in any such records or pertaining thereof:

73. The last Will and testament of DEBTOR(S): to the secured party:

74. All inheritances gotten or to be gotten:

75. All wedding bands and rings, watches, wardrobe and toiletries:

76. All radios, televisions, household goods and appliance, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques:

77. All businesses, corporations, companies, trusts, partnerships, limited partnerships. Organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto:

78. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR(S) whether received or not received by DEBTOR(S):

79). All telephone numbers:

80, Any property not specifically listed, named or specified by make, model, serial number, etc. is expressly herewith included as collateral of DEBTOR(S).

DEBTOR(S) agrees to notify all of DEBTOR(S) former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral of this Security Agreement, and all such personages are expressly so noticed herewith.

This Security Agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party to hold and enforce said Security agreement via non-negotiable contract. Devise or any lawful commercial and criminal remedy, debtor will required to satisfy lien at sight.

**DEFAULT**

The following shall constitute the events of default hereunder:

1. Failure by DEBTOR(S) to pay any debt secured hereby when due:

2. Failure by DEBTOR(S) to perform any warranty by DEBTOR(S) contained in this Security Agreement.

3. Any breach of any warranty by DEBTOR(S) contained in this Security Agreement

4. Any loss, damages, expense, or injury accruing to Secured Party by virtue of the transmitting utility function of DEBTOR(S) Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, at any time, or purported to be secured, against DEBTOR(S) by executing a Note or by verification of assets The Security Agreement will serve as (Proof of Funds) identification/authentication against the registered herewith, this a self-executing contract.

Guardian for
COMMONWEALTH FO VIRGINIA

by: _Gwen nje_  * Adjudicator

Judicature

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

# By the QUEEN

# A PROCLAMATION

*Y our Majesty queen naja, born the 11th of Elul, 5740, a royal heir of Turtle Island now known as, in part, the united States of America, hereby proclaim, that I am a free woman on this land and I declare freedom shall be granted to my posterity forever as the Almighty Creator of All Things desires and so be it. As the daughter of the Almighty Creator and descendant of the Ancient Mound Builders, I and my posterity, shall inherit all the earth as our Creator spoke in Genesis 13:14, 15. The Creators Records are to be honored and the voices of our ancestors are not forgotten in her testimonials. I shall provide my official Public Notice and Declarations and Lawful Proofs. Let it be known, any and all land reclaimed by the royal heirs, shall be returned to "we the people", the original people- God's people. I am now and forever known as, Her Royal Majesty queen naja, Aborigine Heir of the Land, Descendant of the Ancient Mound Builders for Turtle Island. Long live the Queen. Proclaimed and Decreed on this day 30th of Sivan, 5779.*

*Her Royal Majesty queen naja*

---

### Philadelphia, Pennsylvania

*Printed by the Royal Office for the Aborigine Heirs, 5779*



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Kay A. Tisl

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-159-642**

**Effective Date of Registration:**
August 20, 2019
**Registration Decision Date:**
October 07, 2019

---

## Title

Title of Work: By the Queen: A Proclamation

## Completion/Publication

Year of Completion: 2019

## Author

- Author: Queen Naja
  Author Created: text
  Domiciled in: United States
  Year Born: 1980
  Anonymous: Yes

## Copyright Claimant

Copyright Claimant: Queen Naja
8843 Greenbelt Road, Suite 130, greenbelt, MD, 20770, United States

---

## Rights and Permissions

Organization Name: Royal Office for Her Majesty Queen naja
Telephone: (202) 716-2448
Address: 8843 Greenbelt Road, Suite 130,
greenbelt, MD 20770 United States

## Certification

Name: Queen Naja
Date: August 20, 2019

Page 1 of 2

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

MD DEPT. OF ASSESSMENTS & TAXATION NS

200730-1745000

Date: 7/30/2020
Time: 5:45 PM
Page Count: 3 Pg
Debtor Count:
Filing Fees: $25.00
Electronic Records Access: $0.00

Total: $25.00
Order ID#:

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Royal Heirs Bank & Trust

PO BOX 3172

PETERSBURG, VA 23805 4979

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 200325-1355001 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                  AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c      ☐ ADD name: Complete item 7a or 7b, and item 7c      ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes: ☒ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

See attachment.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROYAL HEIRS BANK & TRUST | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

(Rev. 04/20/11)

UCC-3 Amendment_2020





Collector:
Royal Heirs Bank & Trust
c/o Collections Department
P.O. Box 3172
Petersburg, Virginia 23805
support@royalheirsbank.com
Phone # 301-358-2555

# FINAL INVOICE



CREDITOR: ROYAL HEIRS BANK &
TRUST
INVOICE # 21010
DATE: 07/16/2020
DUE DATE: UPON RECEIPT
ACCOUNT NUMBER: 474889

**BILL TO:**
COMMONWEALTH OF VIRGINIA
C/O RALPH NORTHAM, DBA GOVERNOR
P.O. BOX 1475
RICHMOND, VIRGINIA 23218

Ref: non-UCC lien record: 200325-1355001 and security agreement

## COLLECTION NOTICE

| DATE | DESCRIPTION | OCCURRENCE | AMOUNT |
|---|---|---|---|
| 05/15/1776 to current | Debt obligation for human trafficking and other crimes against the origine people | Multiple | $900.000.000.000.000.000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | | 03% Interest Compounded Daily |
| | | |
| | SUB-TOTAL | $900.000.000.000.000.000.00 |
| | FINAL TOTAL | $900.000.000.000.000.000.00 |

Make all checks payable to Royal Heirs Bank & Trust

If you have any questions concerning this invoice mail contact; Failure to establish contact to reach settlement to satisfy invoice by July 30, 2020 constitutes COMMONWEALTH OF VIRGINIA, it's agents, representatives and assigns, agreement to 3% interest Compounded Daily of final amount, your entity and all property and assets seized to satisfy debt obligation to creditor and COMMONWEALTH OF VIRGINIA agrees to bankruptcy proceedings pursuant to 11 U.S.C. § 303 - U.S. Code

Make all checks payable to Royal Heirs Bank & Trust
Account Number: 474889
Invoice No: 21010

DUE DATE: UPON RECEIPT   $900.000.000.000.000.000.00

Enclosed $_____

COMMONWEALTH OF VIRGINIA
P.O. BOX 1475
RICHMOND, VIRGINIA 23218

PAST DUE

**MAILING ADDRESS FOR PAYMENTS:**
Royal Heirs Bank & Trust
Collections Department
P.O. Box 3172
Petersburg, Virginia 23805
support@royalheirsbank.com
Tel: 301-358-2555

Authorized by: _____

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
support@royalheirsbank.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Royal Heirs Bank & Trust

P.O. BOX 3172

petersburg, VA 23805

MD DEPT. OF ASSESSMENTS & TAXATION

200803-1153001 NS

Date: 8/3/2020
Time: 11:53 AM
Page Count: 7 Pg
Debtor Count:
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
200325-1355001

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: *attach* Amendment Addendum (Form UCC3Ad) *and* provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is Terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, *and* address of Assignee in item 7c *and* name of Assignor in item 9
For partial assignment, complete items 7 and 9 *and* also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ **PARTY INFORMATION CHANGE:**

Check *one* of these two boxes:     AND Check *one* of these three boxes to:

This Change affects ☐ Debtor *or* ☒ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; *and* item 7a or 7b *and* item 7c    ☒ ADD name: Complete item 7a or 7b, *and* item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only *one* name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only *one* name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** RHF Global Equity Trust | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO BOX 3172 | PETERSBURG | VA | 23805 | US |

8. ☒ **COLLATERAL CHANGE:** *Also* check *one* of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☒ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
Amended Security Agreement

See attachment.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only *one* name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** ROYAL HEIRS BANK & TRUST | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

(Rev. 04/20/11)

UCC-3 Amendment_2020

# Amended Commercial Security Agreement

Declaration for Amended Commercial Security agreement, invoice and Lien is made, and entered on this 3rd day of August 2020 Amending Financing Statement #non- UCC-200325-1355001, **Invoice #21010,** for the Royal Heirs Bank & Trust, "Creditor", mailing address: P.O. Box 3172, Petersburg, Virginia 23805, **Judgment Creditor(s)**, versus,

COMMONWEALTH OF VIRGINIA, it's agents, representatives, employees, assigns, all PARTIE(S) known as DEBTOR(s) INFERIOR PERSON(s)/LIBELLEE(s)et.al. hereinafter " We/I Autochthonous the origine people (Heir(s) to this Land, are the Injured parties **DEMAND** reciprocity, hereinafter" Accord and Satisfaction applied" The Parties, hereinafter "Parties, DEBTOR(S)"

NOW THEREFORE, the parties agree as follows: In consideration for Secured Party, and (Beneficiaries) providing certain accommodations to DEBTOR(S) including, but not limited to, Claimant(s)

  1. Constituting the source, origin, substance, and being, i.e. basis of "preexisting claim," for human-trafficking, financial crimes, treason and other crimes, from which the existence of DEBTOR(S) are derived mid on the basis of which DEBTOR(S) is able to function as a transmitting utility to conduct Commercial Activity is conduit for the transmission of goods and services to Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTOR(S) corporations, and artificial persons in Commerce;
Signing by accommodation for DEBTOR(S) in all cases whosoever wherein any signature of DEBTOR(S) is required; Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection; Providing the security for payment of all sums due or owing," or to become due or owing, by DEBTOR(S); mid Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR(S) may execute or to which DEBTOR(S) may be regarded as bound by any person whatsoever, DEBTOR(S) hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR(S) ; L Voluntarily enters DEBTOR(S) in the Commercial Registry; 2. Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any manner that Secured Party, by Autochthonous peoples and unalienable right, elects. PUBLIC LAWFUL NOTICE
Filing of this Security Agreement by the Parties constitutes open, lawful public notice that the law, venue, and jurisdiction of this Security Agreement is hereby ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR(S), and Secured Party as registered herewith

2.This Security Agreement is contractually complete herein and herewith and cannot be abrogated. altered. or amended, in whole or in part, without the express, written consent of both DEBTOR(S)and Secured Party

3.DEBTOR(S) are transmitting utility, and unincorporated, proprietary trademark of Secured Party, and all property of DEBTOR(S) is the secured property of Secured Party/Beneficiary/Claimant; and

4.Any unauthorized use of DEBTOR(S) employee's Securities Company number (SSN) in any manner that might influence, affect, pertain to, or be presumed to pertain is a federal Crime U.S.C. 1501-1 and other related Statutes secured party/representative thereof must be contacted before the number is used in any manner is expressly prohibited without the written consent of Secured Party

### Indebtedness to Heirs (Assignor)Secured Party/ Superior Claim/Assignor

UCC-1, Know all men by these presents that, COMMONWEALTH OF VIRGINIA, c/o Ralph Northam, dba Governor and any indefinite successor et al, mailing address: P.O. Box 1475, Richmond, Virginia 23218 et. al. any other variation et al, establishes liability for this DEBT because of the following violations, HUMAN TRAFFICKING, S.C. Chapter 41 Extortion, 18 U.S.C. Conspiracy, 18 U.S.C. 1201/Chapter 55 Kidnapping, and False Imprisonment, 31 U.S.C. 6711 Racial Discrimination, 26 U.S.C., Tax Evasion, 28 U.S.C. Defamation of Character, 18 U.S.C. 241-242 Color of Law and other related crimes against the injured parties, in the sum of present Collateral Values up to the penal sum of $ 900.000.000.000.000.000.00 (nine hundred quadrillion no Cents), in Unit Credits United States funds (Notes) at the agreed interest of 3% compounded daily beginning July 30, 2020, unless DEBTOR satisfies debt obligation, Claimant to receive the Par Value 90 % of the face amount of the total DEBT , DEBTOR(S) Obligation par Value non-negotiable, Injured Party invoke the Non-Forfeiture Act to be

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

1

applied, and truly make, DEBTOR(S) responsible for the heirs, general executors, administrators, and third-party assigns, jointly and severally, indefinitely by these presents. The condition of the above is: Secured Parties Creditor's covenant to do certain things on behalf of the Creditor(s) as set forth in this Agreement (Contract), with regard to conveying all goods, services, and securities, (MONIES) in any Commercial Activity to Secured Parties, this covenant as a transmitting utility therefore and other related crimes Breach of Contract-41usc 6502/6503 Criminal Conspiracy- 18 USC 371Aiding and abetting- 18 USC 2 Principal(s) Extortion- 18 USC 880 Securities Fraud- 18 USC 1595, Racketeering- 18 USC 1961, Human Trafficking -18 USC 1595, Slander- 28 USC 1341/18 USC 47, Fraudulent deed/Forgery- 18 USC Chapter Bank Fraud- 18 USC 1344, Fair Debt Collection Act- 15 USC 1692(d), 1962 (e), and including 18 USC 1341, 25 CFR 11.448, 28 USC 566, 18 USC 2467, 18 USC 1901, 26,USC 7214, 18 USC 1029, and 28 USC 4101, 10 U.S.C. 897 Article 97 Unlawful Detention, 25 C.F.R. 11.404 False Imprisonment, deformation of Character, United States President's Executive Order 13892 COMMONWEALTH OF VIRGINIA never gave full disclosure, additional Fines and violations, from the queen naja's Public Notice Declaration in which all parties are aware of, no. 59 page 10, agreed by acquiesce detainment by a State Municipal $100,000,000.00 per day equal 5.000.000.000.00 Copyright violation $25.000.000.00, $1.000.000.00 Deprivation of Rights, $100.000.000.00 Unlawful Warrantless Arrest, $50.000.000.00 ten times equal $500.000.000.00 subtotal amount of indebtedness of the DEBTOR(S) is $111.708.040.000.00 (included in the grand total of debt) United States funds (Currency/credit)

This Indebtedness shall be in force for immediate, full applied, and effect as of the date hereon and until the DEBTOR'S Surety, or any variation thereof, et al, agree that they are at default for fraud identity Theft, extortion, human trafficking, UCC 3-415 Criminal Conspiracy, Theft by Deception, ETC
Debtor(s) agree by acquiesce to involuntary bankruptcy and deportation of the guarantor/surety of each person, agent, employee acting on behalf of the COMMONWEALTH OF VIRGINIA, to Guantanamo Bay Detention Camp for residence or return to the ancestral land indefinitely
Additionally, all person(s) shall honor the Queens Proclamation, registered with the United States Library of Congress registration number TXu 2-159-642, dated August 20, 2019

**Additional Collateral and Asset Claim: against all ESTATE(S) CESTUI QUE VIE TRUST, residing in the COMMONWEALTH OF VIRGINIA & and the Par Value THEREOF (Negotiable)**

**INDEMNITY CLAUSE:**

The Debtor (Indemnifying Party), without *the benefit* of discussion or division, does hereby agree, covenant and undertake to indemnify}', defend and hold the Secured Party (Indemnified Party) harmless, from and against any and all claims, losses, liabilities. costs, interests and expenses (hereinafter referred to as "claims or a claim") including. without restriction. all legal costs, interests, penalties and fines suffered or incurred by the Secured Party in accordance with Secured Party having its personal guarantee with respect to any loan or general indebtedness of the Debtor including, any amount DEBTOR(S) might be deemed to owe to any creditor for any reason whatsoever; and

The Indemnified Party (Heir to the Land) in (Royalty) shall promptly advise the Indemnifying Party (Debtor(s) of this claim and provide the same \with full details thereof, including copies of any document, correspondence, suit or action received by or served upon the Indemnified Party (Secured Party). The Indemnified Party (Secured Party) shall fully cooperate with the Indemnifying Party (Debtor's) in any discussion, negotiations or other proceedings relating to any claim

OBLIGATIONS SECURED: This security interest herein secures any, and all indebtedness of the DEBTOR(S) assets as securities under 15 USC Tracer Flag as securities now indefinitely owed to the ROYAL HEIRS BANK & TRUST, EIN 84-6693447, forever and to any successors or assigns, all liabilities whatsoever of DEBTOR(S) to Secured Parties to their perspective Financial Institutions whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced, for immediate release of all funds to Judgment Creditor this Commercial Security Agreement stands as the final obligation until settlement & Closure/accord ,and satisfaction

COLLATERAL:
NOTICE OF ASSIGNMENT, OF CLAIM BY: ROYAL HEIRS BANK & TRUST

This Claim is for all DEBTOR(S) MENTIONED IN THE UCC1 INDEBTENESS OF DEFAULT OBLIGATION and this Security Agreement et.al. and all DEBTOR(S) SHALL BE OBLIGATED to satisfy all Contractual Obligations of Secured Party, Judgment Creditor(s) now(Guardian(s), of all mentioned in this agreement, and Beneficiary for all parties (DEBTOR(S)/MINOR(S)/(JUCIDIC INFERIOR PERSONS) as agreed by acquiesce; and now

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT<br>NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

2

1. All proceeds, products, accounts, and fixtures from ALL ASSETS,(MONIES) mines, gold and silver wellhead, with transmitting utilities etc. debtors agree upon receipt of this security agreement, if they fail to meet the terms and agreement of this UCC-1Contract to foreclose on all their assets(monies)(stocks)(bonds) inventory to be garnished, and their private estates, effective immediately after Judgment.

2. All rents, and garnishment of all wages effective immediately

3. All land, mineral, water, bedrock and air rights claimed by the Secured Party's on behalf of the Judgment Creditor(s)/Guardian(s)

4. All cottages, cabins, houses, hospitals, Universities, Colleges, Real Property residential and Commercial, and buildings:

5. All bank accounts, bank 'safety'" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts:

6. All inventory of any sources

7. All machinery, either farm or industrial; detention centers court, documents, bonds pending, or on deposit

8. All boats, yachts, and water craft. and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories parts tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo, affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9a. All automobiles, vans, sport utility vehicles, trucks, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories parts tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
Vehicles (land. air or water):
Note: Per Order of Attorney General, Secretary of State, not vehicle lien Per-Leo, recording of this filing is not vehicle lien at U.C.C. 3-305 Equitable Claim to property-NAME, Conversion U.C.C. 3-306.

.10. All motor homes, trailers, mobile homes, yachts, Jets, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding use, husbandry, and Municipal/State/County/City workers thereof

12. Conveyance, of Real Property, residential and commercial Business Equipment, "Taken for Value and is Exempt from Levy Conversion of Rights, Title 18 §§ 241, 242 et al Per-Murdock vs. Pennsylvania 319 U.S. 105, Church not Licensed or Taxed.

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction' systems, aural reproduction systems, motion pictures, films videotapes, audiotapes. Sound tracks, compact discs, phonograph records; film video and aural production equipment, cameras, projectors, and musical instruments;

15. All books, booklets, pamphlets, treatises, treatments, monographs, stores writer material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTORS;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastics degrees, diplomas, honors, awards, meritorious citations:

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR(S):

20. All fingerprints. Foot prints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22. Demand to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever: .

23. All rights to request refuse, or authorize the administration of, any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. Demand all keys, locks, lock combinations, encryption codes or keys, safes, secured, and security devices, security programs, and any software, machinery, or devices related thereto:

25. All rights to access, and use utilities upon payment of the same unit costs as the comparable units of usage offered to be favored, customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distributing;

26. All rights to barter, buy, Bills of Credit contract(s), sell, or trade products owned by the DEBTOR(S) business and businesses; and

27. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record keeping, and the like; held by the DEBTOR(S)MINOR(S) all parties agree that the Guardian is the Beneficiary of all their properties real and otherwise; and

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

3

28. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government 'license, permit, certificate, or permission of any kind) owned or operated by the DEBTOR(S); and

29. All rights to manage, maneuver, direct, guide, or travel in any *form* of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish. or the right to peaceably assemble or the right to petition Government for redress or grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources:

33. All rights to keep and bear ands for self-defense of self-defense of self, family, and parties entreating physical protection of person or property;

34. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All rights to documents of travel of every kind whatsoever including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

36. All claims of ownership or certificates of title and corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e.' mind, body, soul free, will, faculties, and self:

37. All rights to privacy and security in person and property, including but not limited to all rights, safety and security of all household or sanctuary dweller or guest, to all papers and effects belonging to DEBTOR(S) or any household or sanctuary dwellers or guests, against governmental quasi-governmental, or private intrusion, detainer entry, seizure, search surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party in the private capacity of such intruding party notwithstanding whatever purported authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant.

38. All names used, and all Corporations Sole executed and filed, or to be executed and filed, under said names:

39. All intellectual proper, including but not limited to all speaking and writing:

40. All Employee(s) (Workers) not including executives will remain under the direction of ROYAL HEIRS BANK & TRUST;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts:

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts:

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, identifying marks image. licenses or travel documents, materials, permits, registrations, and records and records numbers held by any use of any information and images contained therein, regardless of creator, method, location, process, or storage form including all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records numbers, and the like: All library cards:

44. All property real estate offices personal property, stocks bonds etc.

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information:

46. All off shore bank investment accounts:

47. All foreclosure cases corporations established by the Law Firms:

48. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, complied, codified, recorded, stored, analyzed, processed, communicated, or utilized; and

49. All precious metals, bullion, coins, jewels, sen,1i-precious stone, mounts, and any storage boxes within said items are stored:

50. All bank accounts. bonds, certificates of deposit, drafts, futures, insurances policies, investment securities, individual Retirement Accounts, money market accounts, stocks, warrant, 401k's and the like:

51. All account, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, claimed, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondences, and information pertaining thereto or derived there from:

52. freeze and garnish All cash, coins, money, U.S. Treasury notes, promissory notes, secured notes, sand Silver Certificates, Gold Certificate and all gold, and silver coins, and foreign currency, cases

53. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies:

54. All products of and for agriculture, and all equipment inventories, supplies, contracts, accoutrements involved in the planning. tilling, harvesting, processing, preservation, and storage of all products of agriculture:

55. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supp-lies and storage sheds and contents;

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

4

56. Freeze all active cases, all bank of America property leased, or otherwise

57. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shop, and facilities, shops, and facilities;

58. All camping, fishing, hunting, and all special clothing, materials, supplied, and baggage related thereto:

59. All rifles and guns;

60. All radios, televisions, communication equipment, receives, transceivers, transceivers, transmitter, antennas, and towers, and all ancillary equipment, supplied, computers, software programs, wiring, and related accoutrements and devices:

61. All power-generating machines or devices, and all storage, conditioning, control, distributing, wiring. and ancillary equipment pertaining or attached thereto:

62. All computers and computer systems and the information contained therein. as well as all ancillary equipment, printers, and data compression or encryption devices and processes:

63. All office and engineering equipment furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto:

64. All water wells and well drilling equipment, and all ancillary equipment, chemicals, tools, and supplies:

65. All shipping, storing and cargo containers, and all chassis, truck trailers, vans the contents thereof whether on site, in transit, or in storage anywhere:

66. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection or vacancy while awaiting occupancy thereof:

67.All communications and data, and the methods, devices and forms of information, storage and retrieval, and the products of any such stored information:

68. All books, drawings. magazines, manuals, and reference materials regardless of physical form:

69. All art work, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto:

70. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth transport, and storage:

71. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives. supplies, materials, and service equipment pertaining thereto:

72. All medical dental optical prescription, and insurance record, records numbers and information contained in any such records or pertaining thereof:

73. The last Will and testament of DEBTOR(S): to the secured party

74. All inheritances gotten or to be gotten:

75. All wedding bands and rings, watches, wardrobe and toiletries:

76. All radios, televisions, household goods and appliance, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques:

77. All businesses, corporations, companied, trusts, partnerships, limited partnerships. Organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

78, All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR(S) whether received or not received by DEBTOR(S);

79), All telephone numbers:

80, Any property not specifically listed, named or specified by make, model, serial number, etc. is expressly herewith included as collateral of DEBTOR(S), and freeze immediately all Sun Trust Bank Accounts and et. al. until the Debt is satisfied; and

DEBTOR(S) agrees to notify all of DEBTOR(S) former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral of this Security Agreement, and all such personages are expressly so noticed herewith.

This Security Agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party to hold and enforce said Security agreement via non-negotiable contract. Devise or any lawful commercial and criminal remedy, debtor will have 20 days to satisfy this debt/lien

81). All parties agree by acquiesce that the Judgment Creditor reserve the Right to INVOKE Notice of Lien to the STATE OFFICES of Occupational License Bureau(s)

82). Upon receipt of this security agreement DEBTOR(S) will have 3 Days to make contact on how they will satisfy the Debt if you fail to make contact you agree to have Criminal Charges filed against you.

**DEFAULT**

The following shall constitute the events of default hereunder:

1. Failure by DEBTOR(S) to pay any debt secured hereby when due:

2. Failure by DEBTOR(S) to perform any warranty by DEBTOR(S) contained in this Security Agreement.

3. Any breach of any warranty by DEBTOR(S) contained in this Security Agreement

4. Any loss, damages, expense, or injury accruing to Secured Party/(Guardian/Beneficiary) by virtue of the transmitting utility function of DEBTOR(S)

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

5

Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, at any time, or purported to be secured, against the DEBTOR(S) by executing a Note of Obligation on behalf of the DEBTOR(S) or by verification of assets The Security Agreement will serve as (Proof of Funds) for any contract Bill of Credit transaction identification/authentication against the registered herewith, this a self-executing contract, Judgment Creditor(s) invoke the 42 Divine Laws of Ma'at and all Phase to our Ancient origine Ancestor(s).

X accord & satisfaction

*By: Acquiesce*

COMMONWEALTH OF VIRGINIA, et al

X accord & satisfaction

*Royal Heirs Bank & Trust*

Royal Heirs Bank & Trust

X Accord and Satisfaction

*queen naja elohim*

_____royalty

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

6

# UCC-3

MD DEPT. OF ASSESSMENTS & TAXATION  NS
200730-1745000

Date:        7/30/2020
Time:        5:45 PM
Page Count:     3 Pg
Debtor Count:
Filing Fees:    $25.00
Electronic
Records Access:  $0.00

Total:       $25.00
Order ID#     49749238

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Royal Heirs Bank & Trust

PO BOX 3172

PETERSBURG, VA 23805 4979

---

1a. INITIAL FINANCING STATEMENT FILE NUMBER
200325-1355001

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:                 AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record       ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☒ COLLATERAL CHANGE: Also check one of these four boxes:  ☒ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

See attachment.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| ROYAL HEIRS BANK & TRUST |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:

(Rev. 04/20/11)



Collector:
Royal Heirs Bank & Trust
c/o Collections Department
P.O. Box 3172
Petersburg, Virginia 23805
support@royalheirsbank.com
Phone # 301-358-2555

# FINAL INVOICE

CREDITOR: ROYAL HEIRS BANK &
TRUST
INVOICE # 21010
DATE: 07/16/2020
DUE DATE: UPON RECEIPT
ACCOUNT NUMBER: 474889

*PAST DUE*

BILL TO:
COMMONWEALTH OF VIRGINIA
C/O RALPH NORTHAM, DBA GOVERNOR
P.O. BOX 1475
RICHMOND, VIRGINIA 23218

Ref: non-UCC lien record: 200325-1355001 and security agreement

## COLLECTION NOTICE

| DATE | DESCRIPTION | OCCURRENCE | AMOUNT |
|---|---|---|---|
| 05/15/1776 to current | Debt obligation for human trafficking and other crimes against the origine people | Multiple | $900.000.000.000.000.000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 03% Interest Compounded Daily |
| | | SUB-TOTAL | $900.000.000.000.000.000.00 |
| | | FINAL TOTAL | $900.000.000.000.000.000.00 |

Make all checks payable to Royal Heirs Bank & Trust

If you have any questions concerning this invoice mail contact; Failure to establish contact to reach settlement to satisfy invoice by July 30, 2020 constitutes COMMONWEALTH OF VIRGINIA, it's agents, representatives and assigns, agreement to 3% interest Compounded Daily of final amount, your entity and all property and assets seized to satisfy debt obligation to creditor and COMMONWEALTH OF VIRGINIA agrees to bankruptcy proceedings pursuant to 11 U.S.C. § 303 - U.S. Code

------------------------------------------------------------------------------------------

Make all checks payable to Royal Heirs Bank & Trust
Account Number: 474889
Invoice No: 21010

DUE DATE: UPON RECEIPT  $900.000.000.000.000.000.00

Enclosed $_____

COMMONWEALTH OF VIRGINIA
P.O. BOX 1475
RICHMOND, VIRGINIA 23218

**PAST DUE**

**MAILING ADDRESS FOR PAYMENTS:**
Royal Heirs Bank & Trust
Collections Department
P.O. Box 3172
Petersburg, Virginia 23805
support@royalheirsbank.com
Tel: 301-358-2555

Authorized by: _____

------------------------------------------------------------------------------------------